NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A., CAPITAL ONE BANK (USA), N.A., PROSPERITY BANCSHARES, INC., PROSPERITY BANK, PATRIOT BANCSHARES, INC., PATRIOT BANK, LEGACY TEXAS GROUP, INC., AND LEGACY TEXAS BANK,
*Petitioners.*

---

Miscellaneous Docket No. 123

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0092, Magistrate Judge John D. Love.

---

ON PETITION

---

## ORDER

The petitioners submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its January 30, 2012 order and to direct the district court to (1) transfer of the case to the United States District Court for the Southern District of Texas, Houston Division, and (2) sever and

transfer claims against Capital One Financial Corporation et al. to the United States District Court for the Eastern District of Virginia, Richmond Division.

Upon consideration thereof,

IT IS ORDERED THAT:

DataTreasury Corporation is directed to respond no later than April 26, 2012.

FOR THE COURT

**APR 0 9 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John G. Flaim, Esq.
     Richard P. Stitt, Esq.
     Lance Lee, Esq.
     Nelson J. Roach, Esq.
     Clerk, United States District Court for the Eastern
     District of Texas

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 9 2012

JAN HORBALY
CLERK